505 A.2d 251

**COMMONWEALTH of Pennsylvania, Petitioner,**

**v.**

**Catheryn Lee PRESS.**

Supreme Court of Pennsylvania.

Jan. 31, 1986.

Petition for Allowance of Appeal GRANTED, No. 6 M.D. Appeal Docket 1986.